UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 01-2332 DSD/SRN

---

Richard Trcka, et. al.,

Plaintiffs,

vs.

United States of America,

Defendant.

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to the stipulation of the parties and Rule 41 (a) (1) (ii) of the Federal Rules of Civil Procedure, the above-entitled action is dismissed with prejudice, but without costs or attorney fees to either party.

Dated: 12/4/02

Judge David S. Doty
Judge United States District Court

LET JUDGMENT BE ENTERED ACCORDINGLY.

FILED 12-4-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 12-4-02
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| RICHARD TRCKA ET AL. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | SRN |
| v. | ) | Civil No. 01-CV-2332 DSD/JMM |
| | ) | |
| UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

**Stipulation of Dismissal**

Under Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Richard Trcka et al., and Defendant the United States of America, voluntarily dismiss the above action with prejudice. It is further stipulated that each party shall bear its own expenses, including costs and attorneys fees.

Dated: November 27, 2002

THOMAS B. HEFFELFINGER
United States Attorney

MICHAEL R. PAHL
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6488

Attorneys for Defendant

Dated: 12-02-2002

CHARLES D. SLANE
Terry & Slane, P.L.L.C.
Wells Fargo Plaza
7900 Xerxes Avenue South
Suite 2100
Bloomington, MN 55431
Telephone: (952) 832-5800

Attorneys for Plaintiffs

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK